NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SEAH STEEL CORP., HUSTEEL CO., LTD., NEXTEEL CO., LTD., AJU BESTEEL CO., LTD., ILJIN STEEL CORPORATION, HYUNDAI STEEL COMPANY,**

*Plaintiffs-Appellees*

v.

**UNITED STATES, MAVERICK TUBE CORP., TENARIS BAY CITY, INC., IPSCO TUBULARS INC., VALLOUREC STAR, L.P., WELDED TUBE USA INC.,**

*Defendants*

**UNITED STATES STEEL CORPORATION,**

*Defendant-Appellant*

---

2023-1109

---

Appeal from the United States Court of International Trade in No. 1:19-cv-00086-JCG, 1:19-cv-00091-JCG, 1:19-cv-00092-JCG, 1:19-cv-00100-JCG, 1:19-cv-00101-JCG, Judge Jennifer Choe-Groves.

---

# O R D E R

On consideration of the notice of appeal filed on October 25, 2022, a motion of the type enumerated in Fed. R. App. P. 4(a)(4) has been filed in the United States Court of International Trade rendering the notice of appeal ineffective, it is

ORDERED that the appeal be, and it hereby is, DEACTIVATED.

The appeal will be reactivated upon entry of the order disposing of the last such outstanding motion.

FOR THE COURT

November 2, 2022
   Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court