NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SEAH STEEL CORP., HUSTEEL CO., LTD., NEXTEEL CO., LTD., AJU BESTEEL CO., LTD., ILJIN STEEL CORPORATION, HYUNDAI STEEL COMPANY,**

*Plaintiffs-Appellees*

v.

**UNITED STATES, MAVERICK TUBE CORP., TENARIS BAY CITY, INC., IPSCO TUBULARS INC., VALLOUREC STAR, L.P., WELDED TUBE USA INC.,**

*Defendants*

**UNITED STATES STEEL CORPORATION,**

*Defendant-Appellant*

---

2023-1109

---

Appeal from the United States Court of International Trade in No. 1:19-cv-00086-JCG, 1:19-cv-00091-JCG, 1:19-cv-00092-JCG, 1:19-cv-00100-JCG, 1:19-cv-00101-JCG, Judge Jennifer Choe-Groves.

---

# **O R D E R**

The order disposing of the last motion subject to Fed. R. App. P. 4(a)(4) having been filed in the United States Court of International Trade, Court of International Trade, it is hereby,

ORDERED that the appeal be, and the same hereby is, REACTIVATED effective March 6, 2023.

The entry of appearance, certificate of interest, and docketing statement are due on or before March 20, 2023.

The appellant's brief is due on or before May 5, 2023.

FOR THE COURT

March 6, 2023
   Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court