**Donald B. Cameron, Jr.**
202-216-4811
dcameron@mmmlaw.com

**R. Will Planert**
202-216-4819
wplanert@mmmlaw.com

**Mary S. Hodgins**
202-216-4111
mhodgins@mmmlaw.com

**Julie C. Mendoza**
202-216-4817
jmendoza@mmmlaw.com

**Brady W. Mills**
202-216-4116
bmills@mmmlaw.com

Morris, Manning & Martin, LLP

March 27, 2023

<u>**VIA CM/ECF**</u>

Col. Peter R. Marksteiner
Circuit Executive and Clerk of the Court
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, NW, Suite 401
Washington, DC 20439

    Re: *SeAH Steel Corp v. United States*, Ct. No. 23-1109

Dear Col. Marksteiner,

    On behalf of Appellee Husteel Co., Ltd., we hereby respond to the Court's March 27, 2023 Notice to Appellee Husteel regarding counsel's entry of appearance and Husteel's certificate of interest. ECF No. 18. Pursuant to the Practice Notes to Rule 12 of the Rules of this Court, Husteel does not intend to participate in the above captioned matter and does not intend to file a brief or join another party's brief.

    Please contact the undersigned if you have any questions regarding this matter.

                            Respectfully submitted,

                            /s/ Brady W. Mills
                            Brady W. Mills
                            Donald B. Cameron
                            Julie C. Mendoza
                            R. Will Planert
                            Mary S. Hodgins

                            *Counsel to Appellee Husteel Co., Ltd.*

13519907–1

Phone: 202.408.5153  |  www.mmmlaw.com
1401 Eye Street, NW  |  Suite 600  |  Washington, DC 20005
Atlanta  •  Washington, DC  •  Raleigh-Durham  •  Savannah
International Marketing Office:  Beijing