---
**Case Nos. 23-1109, 23-1657**
---

## BEFORE THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

---

SEAH STEEL CORP., NEXTEEL CO., LTD., AJU BESTEEL CO., LTD., ILJIN STEEL CORPORATION, HYUNDAI STEEL COMPANY,

Plaintiffs-Appellees,

HUSTEEL CO., LTD.,

Plaintiff

v.

UNITED STATES, MAVERICK TUBE CORP., TENARIS BAY CITY, INC., IPSCO TUBULARS INC., VALLOUREC STAR, L.P., WELDED TUBE USA INC.,

Defendants,

UNITED STATES STEEL CORPORATION,

Defendant-Appellant

---

SEAH STEEL CORP.,

Plaintiff-Appellant,

HUSTEEL CO., LTD., NEXTEEL CO., LTD., AJU BESTEEL CO., LTD., ILJIN STEEL CORPORATION, HYUNDAI STEEL COMPANY,

Plaintiffs

v.

UNITED STATES, UNITED STATES STEEL CORPORATION, MAVERICK TUBE CORP., TENARIS BAY CITY, INC., IPSCO TUBULARS INC., VALLOUREC STAR, L.P., WELDED TUBE USA INC.,

Defendants-Appellees

Appeals from the United States Court of International Trade in
Case Nos. 1:19-cv-00086-JCG, 1:19-cv-00091-JCG, 1:19-cv-00092-JCG,
1:19-cv-00100-JCG, and 1:19-cv-00101-JCG
Judge Jennifer Choe-Groves

DEFENDANT-APPELLANT'S CONSENT MOTION FOR
VOLUNTARY DISMISSAL OF CAFC CT. NO. 2023-1109
AND DISMISSAL AGREEMENT

Thomas M. Beline
James E. Ransdell
CASSIDY LEVY KENT (USA) LLP
900 19th Street N.W., Suite 400
Washington, DC 20006
Phone: (202) 567-2300
Fax: (202) 567-2301

*Counsel to United States Steel Corporation*

FORM 9. Certificate of Interest

Form 9 (p. 1)<br>March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## <u>CERTIFICATE OF INTEREST</u>

| | |
|---:|:---|
| **Case Number** | 2023-1109 |
| **Short Case Caption** | SeAH Steel Corp. v. US |
| **Filing Party/Entity** | United States Steel Corporation |

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(c).

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 03/20/2023

Signature: /s/ Thomas M. Beline

Name: Thomas M. Beline

FORM 9. Certificate of Interest

Form 9 (p. 2)
March 2023

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☑ None/Not Applicable |
| United States Steel Corporation |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

☐   Additional pages attached

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐     None/Not Applicable                    ☑     Additional pages attached

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☐   Yes (file separate notice; see below)   ☑   No   ☐   N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑     None/Not Applicable                    ☐     Additional pages attached

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |

**Attachment to Certificate of Interest**
**CAFC No. 2023-1109**

The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency, or expected to appear in this court are:

| | |
|---|---|
| *Appearing before this Court*: | **CASSIDY LEVY KENT (USA) LLP**<br>Thomas M. Beline, Partner<br>Myles S. Getlan, Partner<br>Sarah E. Shulman, Associate<br>James E. Ransdell, Associate |
| *Before trial court*: | **CASSIDY LEVY KENT (USA) LLP**<br>Thomas M. Beline, Partner<br>Myles S. Getlan, Partner<br>Sarah E. Shulman, Associate<br>James E. Ransdell, Associate |
| *Before agency*: | **CASSIDY LEVY KENT (USA) LLP**<br>Thomas M. Beline, Partner<br>Myles S. Getlan, Partner<br>Sarah E. Shulman, Associate<br>James E. Ransdell, Associate |
| | **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**<br>Jeffery D. Gerrish, Partner<br>Luke A. Meisner, Associate |

## <u>DEFENDANT-APPELLANT'S CONSENT MOTION FOR VOLUNTARY DISMISSAL OF CAFC CT. NO. 2023-1109 AND DISMISSAL AGREEMENT</u>

Pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, Defendant-Appellant United States Steel Corporation hereby moves to voluntarily dismiss its appeal assigned CAFC docket number 2023-1109.[1]  Defendant-Appellant notes that this appeal remains in its earliest stage, having been deactivated shortly after initial docketing and reactivated in this Court on March 6, 2023.  *See* ECF Docs. 2, 5.  Each party will bear its own costs.

On April 25, 2023, counsel for Defendant-Appellant contacted Hardeep K. Josan, counsel for Defendant United States; Gregory J. Spak, counsel for Defendants Maverick Tube Corp., Tenaris Bay City, Inc., and Ipsco Tubulars Inc.; Roger B. Schagrin and Luke A. Meisner, counsel for Defendants Vallourec Star, L.P. and Welded Tube USA Inc.; Jeffrey M. Winton and Vi Mai, counsel for Plaintiff-Appellee SeAH Steel Corp.; J. David Park and Henry D. Almond, counsel for Plaintiffs-Appellees NEXTEEL Co., Ltd. and Hyundai Steel Company; and Jarrod Goldfeder, counsel for Plaintiffs-Appellees AJU Besteel Co., Ltd. and Iljin Steel Corp., concerning this motion.

---

[1] This motion does not concern SeAH Steel Corporation's cross-appeal, assigned docket number CAFC 2023-1657 and consolidated under United States Steel Corporation's appeal.

On April 26, 2023, counsel for NEXTEEL Co., Ltd., Hyundai Steel Company, AJU Besteel Co., Ltd., and Iljin Steel Corp., respectively, indicated their clients' consent to this motion and agreement to the aforementioned terms of voluntary dismissal. On April 27, 2023, counsel for Vallourec Star, L.P. and Welded Tube USA Inc. indicated their clients' consent to this motion and agreement to the aforementioned terms of voluntary dismissal.  On April 28, 2023, counsel for SeAH Steep Corp. indicated their client's consent to this motion and agreement to the aforementioned terms of voluntary dismissal.  Counsel for United States, Maverick Tube Corp., Tenaris Bay City, Inc., and Ipsco Tubulars Inc., respectively, indicated that their clients will not be appearing in United States Steel Corporation's appeal assigned CAFC docket number 2023-1109 and therefore take no position on this motion.

Based on the foregoing, Defendant-Appellant respectfully requests that the court dismiss its appeal, assigned CAFC docket number 2023-1109.

*    *    *

Respectfully submitted,

/s/Thomas M. Beline

Thomas M. Beline
James E. Ransdell
CASSIDY LEVY KENT (USA) LLP
900 19th Street N.W., Suite 400
Washington, DC 20006
Phone: (202) 567-2300
Fax: (202) 567-2301

April 28, 2023                    *Counsel to United States Steel*
                                  *Corporation*

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## <u>CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS</u>

**Case Number:** <u>2023-1109</u>

**Short Case Caption:** <u>SeAH Steel Corp. v. US</u>

> **Instructions:** When computing a word, line, or page count, you may exclude any items listed as exempted under Fed. R. App. P. 5(c), Fed. R. App. P. 21(d), Fed. R. App. P. 27(d)(2), Fed. R. App. P. 32(f), or Fed. Cir. R. 32(b)(2).

The foregoing filing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it meets one of the following:

☑ the filing has been prepared using a proportionally-spaced typeface and includes <u>338</u> words.

☐ the filing has been prepared using a monospaced typeface and includes _____ lines of text.

☐ the filing contains _____ pages / _____ words / _____ lines of text, which does not exceed the maximum authorized by this court's order (ECF No. _____).

Date: <u>04/28/2023</u>      Signature: <u>/s/ Thomas M. Beline</u>

Name: <u>Thomas M. Beline</u>

---
**Case Nos. 23-1109, 23-1657**

---

## BEFORE THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

---

SEAH STEEL CORP., NEXTEEL CO., LTD., AJU BESTEEL CO., LTD., ILJIN STEEL CORPORATION, HYUNDAI STEEL COMPANY,

Plaintiffs-Appellees,

HUSTEEL CO., LTD.,

Plaintiff

v.

UNITED STATES, MAVERICK TUBE CORP., TENARIS BAY CITY, INC., IPSCO TUBULARS INC., VALLOUREC STAR, L.P., WELDED TUBE USA INC.,

Defendants,

UNITED STATES STEEL CORPORATION

Defendant-Appellant.

---

SEAH STEEL CORP.,

Plaintiff-Appellant,

HUSTEEL CO., LTD., NEXTEEL CO., LTD., AJU BESTEEL CO., LTD., ILJIN STEEL CORPORATION, HYUNDAI STEEL COMPANY,

Plaintiffs

v.

UNITED STATES, UNITED STATES STEEL CORPORATION, MAVERICK TUBE CORP., TENARIS BAY CITY, INC., IPSCO TUBULARS INC., VALLOUREC STAR, L.P., WELDED TUBE USA INC.,

Defendants-Appellees

---

Appeal from the United States Court of International Trade in
Case Nos. 1:19-cv-00086-JCG, 1:19-cv-00091-JCG, 1:19-cv-00092-JCG,
1:19-cv-00100-JCG, and 1:19-cv-00101-JCG
Judge Jennifer Choe-Groves

---

## <u>ORDER</u>

Upon consideration of Defendant-Appellant's Consent Motion for Voluntary

Dismissal of CAFC Ct. No. 2023-1109 and Dismissal Agreement, it is hereby:

**ORDERED** that Federal Circuit Docket Number 2023-1109, *SeAH Steel*

*Corp. v. US*, is dismissed; and it is further

**ORDERED** that each party will bear its own costs

Signed: _____

Date: _____
        Washington, D.C.